UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVID RUELAS,

        Petitioner,               Case Number: 2:06-CV-11994

v.                                      HON. DENISE PAGE HOOD

HUGH WOLFENBARGER,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION
## TO PROVIDE DOCUMENTATION

     Petitioner John David Ruelas filed a *pro se* petition for a writ of habeas corpus challenging his plea-based conviction for second-degree murder. This Court granted a conditional writ, finding that the plea was not knowingly or voluntarily made. The Sixth Circuit Court of Appeals reversed, holding that any constitutional error was harmless. *Ruelas v. Wolfenbarger*, 580 F.3d 403 (6th Cir. 2009). Petitioner, through counsel, filed a petition for a writ of certiorari in the United States Supreme Court. The petition was denied. *Ruelas v. Wolfenbarger*, 130 S. Ct. 3322 (2010). The Sixth Circuit Court of Appeals also denied a subsequent motion for an order authorizing this Court to consider a second or successive habeas corpus petition. Now before the Court is Petitioner's Motion to Provide Documentation.

     Petitioner states that all of his papers related to his habeas corpus petition were destroyed during his incarceration at the Alger Correctional Facility in Munising,

Michigan. He asks the Court to send him a copy of the court file related to his case. Petitioner's habeas proceeding is no longer pending before this Court, the Sixth Circuit Court of Appeals, or the United States Supreme Court. The Court, therefore, finds that Petitioner has not demonstrated a need for the Court to provide him with a copy of the file.

      Accordingly, the Court **DENIES** Petitioner's Motion to Provide Documentation.

      **SO ORDERED**.

      S/Denise Page Hood
      Denise Page Hood
      United States District Judge

Dated: October 26, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2012, by electronic and/or ordinary mail.

      S/LaShawn R. Saulsberry
      Case Manager